

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-12-00721-CV

**PHILADELPHIA INDEMNITY INSURANCE COMPANY** a/s/o Mirsan, L.P., d/b/a Sienna
Ridge Apartments,
Appellant

v.

Carmen A. **WHITE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16235
Honorable Peter Sakai, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On May 13, 2016, the Texas Supreme Court issued its opinion in *Philadelphia Indemnity Insurance Co. v. White*. On June 24, 2016, the Court issued its mandate. The Supreme Court remanded the cause to this court "for consideration of [White's] remaining defenses to contract enforcement."

If appellant wishes to file a supplemental brief on remand, it must do so no later than **July 26, 2016**. If appellant wishes to rely on the original brief filed in this cause, appellant must notify this court in writing no later than **July 26, 2016**. Appellee shall have **fifteen days** following the filing of appellant's brief or notification of reliance on appellant's original brief in which to either file her supplemental brief on remand or notify this court in writing that she wishes to rely on her original brief filed in this cause. The case will then be submitted for consideration by this court.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.

Keith E. Hottle
Clerk of Court